381 A.2d 914

Schleigh et al., Appellants, v. Philadelphia Transportation Company et al.

Argued September 12, 1977. Avram G. Adler, with him Adler, Barish, Daniels, Levin & Creskoff, for appellants; F. Latchat, with him Richard B. Hardt, for appellee, Philadelphia Transportation Company; No appearance entered nor brief submitted for additional appellees.

Order and judgment affirmed.